# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

| | |
|---|---|
| THE TIMKEN COMPANY, | : |
| Plaintiff, | : |
| v. | : |
| UNITED STATES, | : Court No.<br>: 97-04-00562 |
| Defendant, | : |
| KOYO SEIKO CO., LTD., and,<br>KOYO CORPORATION OF U.S.A. | : |
| Defendant-Intervenors, | : |

## JUDGMENT

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's (Commerce) <u>Final Results of Redetermination Pursuant to Court Remand, The Timken Company v. United States, Slip Op. 98-92, July 2, 1998, Court No. 97-04-00562</u> ("Remand Results") filed September 29, 1998, and upon finding that Commerce complied with the Court's remand order, and no comments to the Remand Results having been received, hereby

**ORDERS** that the Remand Results are affirmed in their entirety; and further

**ORDERS** that, all other issues having been decided, this case is dismissed.

Dated: January 22, 1998
      New York, New York

NICHOLAS TSOUCALAS
SENIOR JUDGE

# ERRATUM

Slip Op. 99-9
The Timken Company v. United States
Court No. 97-04-00562

The Judgment should be dated January 22, 1999 not
January 22, 1998.

February 1, 1999